DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Jacob E. Ragsdale, | ) |
| | ) CASE NO. 5:12  CV 2484 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGMENT  ENTRY |
| | ) |
| Joseph Sidoti, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this judgment entry, the motion of the defendant Joseph Sidoti for summary judgment based on qualified immunity is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| December 4, 2013 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |